Filing # 115696102 E-Filed 10/27/2020 03:34:59 PM

IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT IN AND
FOR MANATEE COUNTY, FLORIDA

OTIS ROBINSON,

    Plaintiff,

vs.                                              Case No:

FAMILY DOLLAR STORES OF
FLORIDA, LLC, a foreign limited
liability company,

    Defendant.

_____/

## COMPLAINT

Plaintiff, OTIS ROBINSON, sues Defendant, FAMILY DOLLAR STORES OF FLORIDA, LLC, a foreign limited liability company (hereinafter "FAMILY DOLLAR"), and states the following:

1. This is a cause of action for damages in excess of $30,000.00.

2. All conditions precedent to filing this action have been complied with, expired, and/or waived.

3. The incident described herein occurred in Manatee County, Florida.

4. On or about September 20, 2018, Defendant, FAMILY DOLLAR, was in possession and control of the premises at 1525 Manatee Avenue East in Bradenton, Manatee County, Florida, which Defendant operates as a dollar store.

5. At that time and place, Plaintiff, OTIS ROBINSON, was an invitee lawfully on the premises described above.

6. At that time and place, Plaintiff, OTIS ROBINSON, was injured when he slipped and fell on liquid on the store's floor.

7. Defendant, FAMILY DOLLAR, had a duty to maintain the premises in a reasonably safe condition, correct any dangerous condition of which it either knew or should have known by the use of reasonable care, and to warn of any dangerous conditions concerning which it had, or should have had, knowledge greater than that of its invitees. Defendant breached all of these duties.

8. Specifically, Defendant, FAMILY DOLLAR, negligently:

   a) Failed to maintain the store in a safe condition;

   b) Allowed liquid to accumulate and remain on the store's floor for an unreasonable length of time;

   c) Allowed a slip hazard and dangerous condition to remain on the premises for an unreasonable length of time; and

   d) Failed to warn the Plaintiff and similarly situated individuals of the dangerous condition.

9. Defendant, FAMILY DOLLAR, knew or, in the exercise of ordinary care, should have known the premises were not in a reasonably safe condition.

10. Defendant, FAMILY DOLLAR, had actual or constructive notice of the dangerous condition.

11. As the direct and proximate result of the negligence of Defendant, FAMILY DOLLAR, Plaintiff, OTIS ROBINSON, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE**, Plaintiff, OTIS ROBINSON, demands judgment for damages against Defendant, FAMILY DOLLAR.

Plaintiff demands trial by jury on all issues so triable.

Respectfully submitted this ___ day of October, 2020.

By: s/ Juan Asconape
**JUAN ASCONAPE**
Attorney Email: jasconape@schwedlawfirm.com
**Eservice Email: eservice@schwedlawfirm.com**
Bar Number: 0073731
Attorneys for Plaintiff
Schwed, Adams & McGinley, P.A.
7111 Fairway Drive, Suite 105
Palm Beach Gardens, Florida 33418
Telephone: (561) 694-6079
Facsimile: (561) 694-6089